IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 67.174.205.201

**ISP:** Comcast Cable
**Physical Location:** Concord, CA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/05/2016 07:46:17 | 065338DB17BE8DB45AC608FED6E0D89A91C018B3 | X-art Unauthorized Pack 065338D |
| 05/03/2016 01:55:28 | C43D239AE509E7D25D58DE9170398790D0E516D6 | Four Way In 4K |
| 01/14/2015 02:19:35 | 777247FB71CD95A57ACF1909D6ED8D2AE7CE76A9 | Blonde Perfection |
| 01/14/2015 02:15:56 | A0FFF3D66B2602346EDE85018B5851ED291C2375 | Go Down On Me |
| 12/07/2014 12:23:52 | D2CD93D4D495BC086BCE93073D261E956A2434AB | Tight and Wet |
| 12/07/2014 12:02:03 | 6A17BC045F2C394256B428A488A69744EBB1E566 | Spellbound |
| 12/07/2014 11:01:41 | 91E3982CB5186025E4506BC3D87A7DCC8BCDD14E | Fuck Me More |
| 12/07/2014 06:20:59 | 05C43A070FA4C111DC35DD2813495BCDAEF38B75 | Forever You Part #2 |
| 12/07/2014 05:49:47 | BCF300ECD2C6DDDCDCE05DA06013450E10C69907 | I Want You To Want Me |
| 12/07/2014 05:40:51 | BD9390188AB44BBAF3806F0FF782F998C7E2A169 | Still Mine |
| 12/07/2014 05:06:15 | A76B24C6848F089F7011D63DBB8F6A0EA42A2572 | Season of Love |
| 10/13/2014 00:54:27 | 32FC59A15B8A0E00D0B3F4433568EE5D7E1FDA72 | Sparks |
| 10/08/2014 03:07:42 | F7FCF8E2CD5FB18680B86DED30F70FB992F88EDF | Positively In Love |
| 10/07/2014 20:26:56 | CC8005DBAB8E926AFFFF692FA34971BD95CE5495 | Kacey Jordan Does Xart |
| 09/02/2014 01:18:39 | 6E0BEC2D5843622B516F57F61E5BE08EEE0FEB2F | Taste Me |
| 09/01/2014 18:36:53 | 3A5BC4BC9F1A1345A304F02FDDD1C6B9EC99AE93 | Tiffanys Tight Ass |
| 08/09/2014 22:28:33 | AC489A3D9E3F0DC8F4FD0D5A868D431C8B02FCCE | Paint Me Beautiful |
| 08/09/2014 20:01:14 | 91A5E78DE726D9816D5C266D937D6CD8FE1F64EE | In the Blind |
| 08/03/2014 19:43:01 | DC947CD8E86A8036741D16AADF7A3007A31FC9F3 | Any And All For You |
| 06/20/2014 21:24:27 | 12B76BF13332DBEC6021E05DADF0B89BF7649CDF | Enjoy My Backdoor |
| 06/10/2014 20:57:36 | 96723554E601561A24EC479A240E4320DD6CE335 | Meet My Lover From Austria |
| 05/25/2014 20:14:42 | A5850C3A6470BB08C05CF823750ECF3A817686EA | Two By Two |

EXHIBIT A

NCA213

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/11/2014 01:54:36 | AE3A98486827A6C3124377987C59B8059FDDE1B8 | Surprise Surprise |
| 05/11/2014 01:45:01 | 2081A5CE02BB6EC3241391474945C81FCB881CEB | Brazilian Love Affair |
| 04/19/2014 13:42:04 | 3E65AF5BA61406A2407E72F0AA15078B95C203E0 | Group Sex |
| 04/19/2014 08:56:31 | E4D31E4674C46E48DE4A4204FBF12FFF8FB43E7C | Double Tease |
| 04/13/2014 07:03:06 | E12E1C91E8E64F6521394E742BDC51189B9D1671 | Rendezvous |
| 04/10/2014 08:20:31 | 96AFADB3785BE4D7DBEF1DAD022D1B543503D61B | Floating Emotions |
| 04/10/2014 07:41:05 | 0732D6EEFBEBDA7A2BA05FF41FA75526D7A8BDEC | Not Alone |
| 03/01/2014 15:28:58 | E955AE2282C9912575383CF309566C3DE613CC70 | Sex and Submission |
| 02/22/2014 22:47:17 | EFABA4DB93B118722CC2C3FE7DD190A26CFEC499 | Go Fish |
| 02/22/2014 22:39:50 | 8E5D4B88383770091C52EE405B3602A48A1FF8B6 | Just the Three of Us |
| 12/15/2013 05:45:40 | 4D48C50B8394CD2C150BAA1E1666D242CE487F52 | Tease and Please |
| 12/15/2013 04:46:43 | B17CDE7CBF95A818FAEE85459CDFFF5CAF6207CD | Threes Company |
| 12/15/2013 01:59:43 | 90FCAF3B57C65E39F656F27E2195C2D86251C01D | Spur Of The Moment |
| 12/14/2013 21:41:35 | 6CA1DC9C8C4942E8881D109CBF3BEB78632608E3 | Model Couple |
| 12/14/2013 21:39:44 | F60C963032E84239CB3E14772C2E6821675AC7F1 | Bad Girls |
| 12/14/2013 20:51:47 | FADCB627414AC933AB5B3138E53EC1DDA914C9AA | Lying Around |
| 11/24/2013 09:09:03 | 8D5155A6D4BEE1554558A0DB73143386DB822FB0 | LA Plans |
| 10/12/2013 18:43:44 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 08/26/2013 14:44:56 | C7F4FD8BDB9089F077C475001B85D0685398EE20 | I Love James Deen |
| 08/26/2013 13:02:43 | 9C9C57F51775F6799359E29218E595C1A378E3CA | This Really Happened |
| 08/26/2013 07:00:48 | 8DEFB779C0FB0E97B6FD55FA1F7D1FCC1C6F9AC4 | Alone Is A Dream Left Behind |
| 07/21/2013 18:04:03 | BFFA463E61447F200B096D9E7120FDDB1F858CC0 | Going Strong |
| 07/21/2013 17:39:50 | 24611441049DF8ADF2F98C75A6D9BEFD26E701FF | Oh Mia |
| 07/21/2013 11:42:39 | 5BCE8A33864C3C7FDE40DCEDE4B7C50A3E2F356E | Play Me |
| 07/20/2013 22:10:08 | 203CEBADB646E2EDFFAE487E49ACC246005931D2 | Pool Party For Three |

EXHIBIT A

NCA213

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/20/2013 21:05:33 | F2AE7A524E69E847D5569ED020D24AAB265E024E | Without Words |
| 07/06/2013 06:30:16 | 2AE29A600628FBCB8E983388EF0FC470D0B40D7D | Bottoms Up |
| 07/04/2013 19:28:18 | CA28C0287F7AAED4BFAD9DF43EDE78AF23FA3224 | Fashion Models |
| 07/04/2013 13:30:13 | AD0EC4BB92830688906C36A84AE8DDB1CB41F172 | Happy Birthday Capri |
| 07/04/2013 12:46:12 | 53A88AC4827A201D4BCB9FAD88C2414597EA1477 | A Wonderful World |
| 07/04/2013 12:34:50 | 967D4031722B4A3BE11B3D9650FC2A9B37FC8C4C | Marry Me |

**Total Statutory Claims Against Defendant: 58**

EXHIBIT A

NCA213